UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMERO T. MOSES,

    Plaintiff,                        Case No. 1:15-cv-260

v.                                   HON. JANET T. NEFF

MELINDA BRAMAN, et al.,

    Defendants.
_____/

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Melinda Braman filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 21, 2016, recommending that this Court deny Defendant's motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 24) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Melinda Braman's Motion for Summary Judgment (Dkt 8) is DENIED.

Dated: February 16, 2016                    /s/ Janet T. Neff
                                                 JANET T. NEFF
                                                 United States District Judge